UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LOUIS A. WYDO,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTHWEST TRUSTEE SERVICES, INC., et al.<br><br>    Defendants. | NO: 14-CV-0140-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Motion to Dismiss (ECF No. 12) and Defendant Green Tree Servicing LLC's Motion to Dismiss for Failure to State a Claim (ECF No. 7). Plaintiff, acting pro se, filed a motion to dismiss stating that the property which was the subject of this action was sold at auction, and the case is now moot. As Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

//

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss (ECF No. 12) is **GRANTED.** All claims and causes of action in this matter are **DISMISSED** without prejudice.

2. Defendant Green Tree Servicing LLC's Motion to Dismiss for Failure to State a Claim (ECF No. 7) is **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel for Defendants and Plaintiff, and **CLOSE** the file.

**DATED** November 3, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2